The State v. Sartori.

THE STATE v. SARTORI.

1. **Criminal Law:** SALE OF INTOXICATING LIQUORS: INTENT. The unlawful intent with which intoxicating liquors are kept may be presumed from the fact of their sale in violation of law.

*Appeal from Black Hawk District Court.*

THURSDAY, DECEMBER 16.

THE defendant was indicted for a nuisance; the charge being that at his drug store, in the city of Cedar Falls, he kept for sale, and sold, certain intoxicating liquors contrary to law. A trial was had, and the defendant was found guilty, and he appeals.

*J. J. Tollerton*, for appellant.

*J. F. McJunkin, Attorney General*, for the State.

ROTHROCK, J.—The defendant held a permit from the board of supervisors, to sell intoxicating liquors for the purposes **1. CRIMINAL** authorized by law. The evidence shows that the **law: sale of** defendant, by himself and his clerk, sold intoxi- **intoxicating** **liquors: in-** cating liquors which were used as a beverage. **tent.** The question as to whether the defendant was imposed upon, and deceived by the purchasers, and made to believe that the liquors sold were for the purposes authorized by law, was fairly submitted and, we think, properly decided under the evidence.

It is urged that as the owning and keeping with intent to sell in violation of law is the gist of the offense, and as the defendant had a permit to sell, his owning and keeping was lawful, and that before he can be rightfully convicted the State must show the intent by some act or words other than a sale.

But as it appeared in evidence that the defendant did sell unlawfully, the intent with which he owned and kept the liquor will be presumed from his unlawful act.

AFFIRMED.